# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVEN CANONICO,

Petitioner,

v.

WILLIAMS, et al.,

Respondents.

Case No. 2:25-cv-01555-GMN-NJK

**ORDER**

Petitioner Steven Canonico submitted a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1.) On August 21, 2025, this Court ordered Canonico to either file an *In Forma Pauperis* ("IFP") Application or pay his filing fee. (ECF No. 4.) That Order was returned as undeliverable. (ECF No. 5.) It appears that Canonico is no longer located at High Desert State Prison but rather has been moved to Southern Desert Correctional Center. (*See* ECF No. 3.) The Local Rules of Practice require all parties, including habeas petitioners, to immediately file a written notice of any change of address with the Court. LR IA 3-1.

It is therefore kindly Ordered that the Clerk of the Court send a courtesy copy of this Order and all other filings in this matter to Canonico at Southern Desert Correctional Center.

It is further Ordered that Canonico update his address by filing a notice of change of address on or before September 30, 2025.

It is further Ordered that Canonico's deadline to file an IFP Application or pay his filing fee in accordance with this Court's August 21, 2025, Order is extended to September 30, 2025.

Dated: September 5, 2025

_____
Gloria M. Navarro, Judge
United States District Court