UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN CANONICO, | Case No. 2:25-cv-01555-GMN-NJK |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAMS, et al., | |
| Respondents. | |

Petitioner Steven Canonico submitted a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1.) On August 21, 2025, this Court ordered Canonico to either file an *In Forma Pauperis* ("IFP") Application or pay his filing fee. (ECF No. 4.) On September 18, 2025, Canonico filed an IFP Application. (ECF No. 9.) However, Canonico's IFP Application is incomplete because (1) Canonico's financial certificate has not been signed by an authorized prison official, and (2) he has not included a copy of his account statement for the six-month period prior to filing.

It is therefore Ordered that, on or before October 24, 2025, Canonico must file (1) a new financial certificate signed by an authorized prison official, and (2) a copy of his account statement for the six-month period prior to filing.

Dated: September 19, 2025

_____
Gloria M. Navarro, Judge
United States District Court