UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVEN CANONICO,

    Petitioner,

v.

WILLIAMS, et al.,

    Respondents.

Case No. 2:25-cv-01555-GMN-NJK

**EXTENSION ORDER**

**[ECF No. 12]**

    Petitioner Steven Canonico submitted a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1.) On August 21, 2025, the Court ordered Canonico to either file an *In Forma Pauperis* ("IFP") Application or pay his filing fee on or before September 26, 2025. (ECF No. 4.) On September 18, 2025, Canonico filed an incomplete IFP Application. (ECF No. 9.) The Court extended Canonico's deadline to provide his signed financial certificate and account statement to October 24, 2025. (ECF No. 10.) Canonico has now moved for an extension of this deadline, explaining that "it takes two months just to receive [these documents] due to the prison delay response." (ECF No. 12.) The Court finds that good cause exists to extend Canonico's deadline.

    It is therefore Ordered that, on or before December 24, 2025, Canonico must file (1) a financial certificate signed by an authorized prison official, and (2) a copy of his account statement for the six-month period prior to filing.

Dated: October 22, 2025

                                                      Gloria M. Navarro, Judge
                                                      United States District Court