**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN CANONICO, | Case No. 2:25-cv-01555-GMN-NJK |
| Petitioner, | **EXTENSION ORDER** |
| v. | **[ECF No. 23]** |
| WILLIAMS, et al., | |
| Respondents. | |

This counseled habeas matter is before the Court on Petitioner Steven Canonico's unopposed Motion for a 60-Day Extension of Time to File his Amended Petition. (ECF No. 23.) This is Canonico's first request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore Ordered that the Motion (ECF No. 23) is granted. Canonico has up to and including May 8, 2026, to file his Amended Petition.

Dated: March 9, 2026

_____
Gloria M. Navarro, Judge
United States District Court