UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN CANONICO, Plaintiff<br>v.<br>WILLIAMS, et al., Respondents | Case No. 2:25-cv-01555-GMN-NJK<br>**EXTENSION ORDER**<br>**[ECF No. 47]** |

This counseled habeas matter is before the Court on Respondents's unopposed Motion for a 60-Day Extension of Time to File the Answer to the Amended Petition. (ECF No. 47.) This is Respondents's first request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore Ordered that the Motion (ECF No. 47) is granted. Respondents have up to and including February 2, 2027,[1] to file the Answer.

DATED: November 24, 2026

Gloria M. Navarro, Judge
United States District Court

[1] The prior deadline was 60 days from October 5, 2026 (*see* ECF No. 46), which was December 4, 2026, so the new deadline is 60 days from that date.